IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| THE OLGA J. NOWAK IRREVOCABLE TRUST, | § § § | No. 435, 2020 |
| Plaintiff Below, Appellant, | § § § § | Court Below−Superior Court of the State of Delaware |
| v. | § § | C.A. No. N17C-05-254 |
| VOYA FINANCIAL, INC. and SECURITY LIFE OF DENVER INSURANCE COMPANY, | § § § § | |
| Defendants Below, Appellees. | § § § | |

Submitted: June 23, 2021
Decided: July 7, 2021

Before **SEITZ**, Chief Justice; **VAUGHN**, and **TRAYNOR**, Justices.

## **ORDER**

This 7th day of July, 2021, after careful consideration of the parties' briefs and the record below, and following oral argument, we find it evident that the judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in its memorandum opinion and order dated November 30, 2020.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/ *Collins J. Seitz, Jr.*
Chief Justice